WOLFPOPPER

845 Third Avenue
New York, NY 10022
212-451-9600
wolfpopper.com

DIRECT DIAL: (212) 451-9621
EMAIL: minsley-pruitt@wolfpopper.com

November 7, 2025

**By ECF**
Hon. Andrew M. Edison
U.S. Magistrate Judge
U.S. District Court, Southern District of Texas
601 Rosenberg, Seventh Floor
Galveston, TX 77550

Re: *Spencer v. Kelsey-Seybold Medical Group PLLC et al.*, No. 4:22-cv-4354 (S.D. Tex.)

Dear Judge Edison:

I am writing to update the Court regarding the discussions between counsel for Plaintiff and Defendant Kelsey-Seybold on the discovery issues addressed at the conference on November 3.

Following several meet and confers and emails, Kelsey-Seybold has agreed to produce the contractual agreements with the private insurance carriers that cover more than 90% of the patients in the proposed Class (four carriers total), the paid claims data for Kelsey-Seybold's fee-for-service patients (based on the CPT and the diagnostic codes), and communications between Kelsey-Seybold and private insurance carriers concerning pass-through billing and the use of "modifier-90," (to the extent there are any such communications). *See* Request for Production Nos. 6, 22, 48, and 49.[1]

Counsel for Kelsey-Seybold is still investigating how long will be needed to provide the responsive and non-privileged documents in the agreed-upon categories, including whether third-party notice provisions apply. Kelsey-Seybold believes this will take at least two to three weeks. Plaintiff's Counsel anticipates that a short adjustment to the pretrial schedule will be necessary to allow for time to review the documents once they are produced. Counsel will continue to discuss and will submit a proposed schedule if appropriate.

Respectfully,

Matthew Insley-Pruitt

cc (by ECF): Counsel of Record

---

[1]    The parties are still discussing some details of the documents and data based on what information exists, but they do not currently believe that these issues require Court intervention.

New York | Puerto Rico | Texas | Illinois | Massachusetts