IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARLENE SPENCER, individually and on behalf of all other similarly situated,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>KELSEY-SEYBOLD MEDICAL GROUP PLLC d/b/a KELSEY-SEYBOLD CLINIC and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§　Case No. 4:22-cv-4354<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION TO EXTEND THE DEADLINE TO FILE MOTION TO SEAL

In accordance with the Court's April 2, 2026 Order, Plaintiff Arlene Spencer, individually and on behalf of all other similarly situated, and Defendant Kelsey-Seybold Medical Group PLLC d/b/a Kelsey-Seybold Clinic (collectively the "Parties") jointly submit this Stipulation to Extend the Deadline to File Motion to Seal, and would respectfully show the Court as follows:

### I.
### STIPULATION

1.　The Parties stipulate that they have agreed to an extension of the deadline to file their Joint Motion to Seal. The Court's April 2, 2026 Order granted the Parties permission to extend this deadline to the end of April. As such, the Parties agree to extend the deadline to file their Joint Motion to Seal to April 30, 2026.

Respectfully submitted,

**HILDER & ASSOCIATES, P.C.**

BY: */s/ Q. Tate Williams*
        Q. Tate Williams
        Federal I.D. No. 26023
        State Bar No. 24013760
        819 Lovett Blvd.
        Houston, Texas 77006
        713-655-9111
        713-655-9112 (fax)
        Email: tate@hilderlaw.com

*ATTORNEY IN CHARGE FOR PLAINTIFF
AND THE PROPOSED CLASS*

**COUNSEL FOR PLAINTIFF AND THE PROPOSED CLASS:**

Patricia I. Avery
Matthew Insley-Pruitt
**WOLF POPPER LLP**
570 Lexington Ave., 19th Floor
New York, NY 10022
212-759-4600
212-486-2093 (fax)
pavery@wolfpopper.com
minsley-pruitt@wolfpopper.com

**TRENT & TAYLOR, L.L.P.**

By: /s/ *Amy L. Nilsen*
        Amy L. Nilsen
        State Bar No. 24027574
        Federal I.D. No. 27159
        919 Milam, Suite 1500
        Houston, Texas 77002
        Telephone: (713) 222-2323
        Facsimile: (713) 222-2226
        Email: anilsen@johnsontrent.com

*ATTORNEY IN CHARGE FOR DEFENDANT
KELSEY SEYBOLD MEDICAL GROUP*

**OF COUNSEL FOR DEFENDANT KELSEY SEYBOLD MEDICAL GROUP:**

Leslee N. Haas
State Bar No. 24041031
Federal I.D. No. 36814
TRENT & TAYLOR, L.L.P.
919 Milam, Suite 1500
Houston, Texas 77002
Telephone: (713) 860-0552
Facsimile: (713) 222-2226
Email:  lhaas@trent-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this April 14, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure. Parties may access this filing though the Court's system.

Philip H. Hilder
Q. Tate Williams
HILDER & ASSOCIATES, P.C.
819 Lovett Blvd.
Houston, Texas 77006
Philip@hilderlaw.com
tate@hilderlaw.com

Patricia I. Avery
Matthew Insley-Pruitt
WOLF POPPER LLP
570 Lexington Ave., 19th Floor
New York, NY 10022
pavery@wolfpopper.com
minsley-pruitt@wolfpopper.com
***Attorneys for Plaintiff and the Proposed Class***

*/s/ Leslee N. Haas*
Leslee N. Haas