United States District Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARLENE SPENCER,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-04354 |
| | § | |
| KELSEY-SEYBOLD MEDICAL GROUP, PLLC,<br>Defendant. | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On August 30, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison 28 U.S.C. § 636(b)(1). (Dkt. 54). Judge Edison filed a *Memorandum and Recommendation* on August 25, 2026, recommending that Plaintiff's Motion for Class Certification (Dkts. 76 and 83) be denied. (Dkt. 103).

On September 8, 2026, Plaintiff filed their objections. (Dkt. 106). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 106) are

**OVERRULED**. The Court **ACCEPTS** Judge Edison's *Memorandum and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's *Memorandum and Recommendation* (Dkt. 103) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Class Certification (Dkts. 76 and 83) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on September 16, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE